**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF RHODE ISLAND**

---

In Re: Joseph J. Fratus

Debtor(s)

BK No. 1:08−bk−11863

Chapter 7

---

### NOTICE OF STATUS HEARING

*PLEASE TAKE NOTICE* that a status hearing will be held at:

U.S. Bankruptcy Court, 380 Westmininster Street, Providence, RI 02903 on 8/18/2010 at 10:00 AM

to consider and act upon the following:

RE: [1] Voluntary Petition (Chapter 7) filed by Debtor Joseph J. Fratus

It is recommended that counsel utilize courtroom technology. If familiarization in use of the document camera and/or touch screens is required, please plan on arriving twenty minutes in advance of the hearing and meet with the Court Recorder for training.

/s/ Susan M. Thurston
Clerk, U.S. Bankruptcy Court

Date: **8/5/10**

Entered on Docket: **8/5/10**
Document Number: **35 − 1, 34**

501.jsp

---

*The Federal Center · 380 Westminster Street, 6th Floor · Providence, RI 02903 · Tel: (401) 626−3100*

*Website: www.rib.uscourts.gov*

# CERTIFICATE OF NOTICE

```
District/off: 0103-1          User: crpamr              Page 1 of 1             Date Rcvd: Aug 05, 2010
Case: 08-11863                Form ID: 501              Total Noticed: 2

The following entities were noticed by first class mail on Aug 07, 2010.
db           +Joseph J. Fratus,    226 Constitution Ct Apt 102,    Johnston, RI 02919-4698
intp          State of RI - Division of Taxation,    RI Division of Taxation,    Bankruptcy Unit,
               One Capitol Hill,    Providence, RI   02908-5800

The following entities were noticed by electronic transmission.
NONE.                                                                                           TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 07, 2010**               **Signature:** _Joseph Speetjens_