**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF RHODE ISLAND**

---

In Re: Joseph J. Fratus　　　　　　　　　　BK No. 1:08−bk−11863

Debtor(s)　　　　　　　　　　　　　　　　Chapter 7

---

### ORDER REQUESTING STATUS REPORT FROM TRUSTEE, STACY B. FERRARA

With respect to the above entitled matter, Stacy B. Ferrara, Esquire is hereby **ORDERED** to file a status report regarding the *status of case*, with this Court, no later than 2/28/2011 , with proper certification to all interested parties.

　　　　　　　　　　　　　　　　　　　　　*So Ordered:*

　　　　　　　　　　　　　　　　　　　　　/s/ Arthur N. Votolato
　　　　　　　　　　　　　　　　　　　　　U.S. Bankruptcy Court Judge

　　　　　　　　　　　　　　　　　　　　　Date: **2/14/11**

Entered on Docket: **2/14/11**

Document Number: **38 − 1**

285.jsp

---

*The Federal Center · 380 Westminster Street, 6th Floor · Providence, RI 02903 · Tel: (401) 626−3100*

*Website: www.rib.uscourts.gov*

# CERTIFICATE OF NOTICE

```
District/off: 0103-1          User: crpamr              Page 1 of 1              Date Rcvd: Feb 14, 2011
Case: 08-11863                Form ID: 285              Total Noticed: 2

The following entities were noticed by first class mail on Feb 16, 2011.
db          +Joseph J. Fratus,    226 Constitution Ct Apt 102,    Johnston, RI 02919-4698
intp         State of RI - Division of Taxation,    RI Division of Taxation,    Bankruptcy Unit,
              One Capitol Hill,    Providence, RI   02908-5800

The following entities were noticed by electronic transmission.
NONE.                                                                                         TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 16, 2011**                **Signature:** *Joseph Speetjens*